S. Michael Kernan, State Bar No. 181747
mkernan@kernanlaw.net
R. Paul Katrinak, State Bar No.164057
pkatrinak@kernanlaw.net
THE KERNAN LAW FIRM
9663 Santa Monica Blvd., Suite 450
Beverly Hills, California 90210
Telephone: (310) 490-9777
Facsimile: (310) 861-0503

Attorneys for Defendants
Virgin America, Inc., Virgin Produced, LLC
Virgin Produced 2.0, LLC

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOEMI DEL RIO, an individual, | Case No. 2:18-CV-01063-GW-SK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFEDANTS' MOTION TO DISMISS PLAINTIFF'S CLAIM** |
| vs. | |
| VIRGIN AMERICA, INC., a Delaware Corporation; VIRGIN PRODUCED, LLC, a Delaware Limited Liability Company; and VIRGIN PRODUCED 2.0, LLC, a Delaware Limited Liability Company, | Hearing Date:  May 17, 2018<br>Hearing Time:  8:30 a.m.<br>Hon. George H. Wu<br>Courtroom: 9D, 9th Floor |
| Defendants. | |

# ORDER GRANTING DEFEDANTS' MOTION TO DISMISS PLAINTIFF'S CLAIM

Defendants' Motion to Dismiss for failure to state a claim upon which relief may be granted came on regularly for hearing in the above-entitled court on May 17, 2018. Attorney R. Paul Katrinak, appeared on behalf of the Defendants Virgin America, Inc.; Virgin Produced, LLC, and; Virgin Produced 2.0, LLC. _____ appeared on behalf of the Plaintiffs.

After a review of the papers, oral arguments, and good cause appearing therefore, the Court hereby orders as follows:

1. Pursuant to Federal Rules of Civil Procedure 12(b)(6), the Motion to Dismiss Plaintiff's Complaint is GRANTED, on the following ground that Plaintiff has failed to state a claim upon which relief may granted.

DATED: May ___, 2018

_____
The Honorable Hon. George H. Wu
Judge of the Central District of California

THE KERNAN LAW FIRM
9663 Santa Monica Blvd., Suite 450
Beverly Hills, California 90210
(310) 490-9777