UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-01063-GW (SKx) | Date | January 10, 2019 |
|---|---|---|---|
| Title | Noemi Del Rio v. Virgin America Inc., et al. | | |

| Present: The Honorable | Steve Kim, United States Magistrate Judge |
|---|---|

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER DENYING PLAINTIFF'S MOTION TO COMPEL (ECF 70) AND REQUIRING FURTHER MEET-AND-CONFER**

Plaintiff has moved to compel Defendant Virgin Produced 2.0 to produce a competent corporate witness and for sanctions (ECF 70), but the parties have not adequately and meaningfully satisfied their meet-and-confer obligation under Local Rule 37-1.  Therefore, counsel for the parties are ordered to meet and confer **in person** at Plaintiff's counsel's office within 3 business days of this order to resolve (or at least narrow) their dispute.  *See* L.R. 37-1 ("If both counsel are located within the same county of the Central District, the conference shall take place in person at the office of the moving party's counsel, unless the parties agree to meet someplace else.").  In advance of that conference, the parties shall review the Court's Standing Order on Discovery Disputes, available under the Court's Procedures and Schedules. "The failure of any counsel to comply with or cooperate in the foregoing procedures may result in the imposition of sanctions."  L.R. 37-4.

Plaintiff's motion to compel and request for sanctions (ECF 70) is denied without prejudice, and her application to file documents under seal (ECF 71) is denied as moot.  The hearing noticed for February 6, 2019 is vacated.

**IT IS SO ORDERED.**