S. Michael Kernan, State Bar No. 181747
mkernan@kernanlaw.net
R. Paul Katrinak, State Bar No.164057
pkatrinak@kernanlaw.net
THE KERNAN LAW FIRM
9663 Santa Monica Blvd., Suite 450
Beverly Hills, California 90210
Telephone: (310) 490-9777
Facsimile: (310) 861-0503

Attorneys for Defendants
Virgin Produced, LLC
Virgin Produced 2.0, LLC, and
Studio 35k, LLC

# UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| NOEMI DEL RIO, an individual, | Case No. 2:18-CV-01063-GW-SK |
| Plaintiff, | Judge: Hon. George H. Wu |
| vs. | **DEFENDANTS VIRGIN PRODUCED, VIRGIN PRODUCED 2.0, AND STUDIO 35K, LLC'S NOTICE OF MOTION AND MOTION FOR GOOD FAITH SETTLEMENT** |
| VIRGIN AMERICA, INC., a Delaware Corporation; VIRGIN PRODUCED, LLC, a Delaware Limited Liability Company; VIRGIN PRODUCED 2.0, LLC, a Delaware Limited Liability Company; and, STUDIO 35K, LLC, a California Limited Liability Company | |
| Defendants. | Hearing Date:  August 12, 2019<br>Hearing Time: 8:30 a.m.<br>Court Room:   9D, 9th Floor |

THE KERNAN LAW FIRM
9663 Santa Monica Blvd., Suite 450
Beverly Hills, California 90210
(310) 490-9777

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on August 12, 2019, at 8:30 a.m., or as soon thereafter this matter may be heard in Courtroom 9D of the Western Division of the United States District Court in the Central District of California located at 350 West 1st Street, Los Angeles, California 90012, Defendants Virgin Produced, LLC, Virgin Produced 2.0, LLC, and Studio 35k, LLC will and hereby do move this Court, pursuant to Code of Civil Procedure section 877.6 for an order:

(1)   Determining that the settlement between Plaintiff, Noemi Del Rio, and Defendants Virgin Produced, LLC, Virgin Produced 2.0, LLC, and Studio 35k, LLC was made in good faith pursuant to California Code of Civil Procedure sections 877 and 877.6; and,

(2)   Discharging Defendants Virgin Produced, LLC, Virgin Produced 2.0, LLC, and Studio 35k, LLC from any obligation, including contribution and indemnity, to any other party or claimant arising out of the facts and circumstances sued upon herein.

This Motion for determination of good faith settlement (the "Motion") is based on the instant application, the accompanying memorandum of points and authorities in support thereof; the accompanying declaration of S. Michael Kernan, the pleadings and files in this action, and upon such other evidence as may be considered by the Court.

DATED: July 15, 2019                                    THE KERNAN LAW FIRM


By: _/s/ S. Michael Kernan__
S. Michael Kernan
Attorneys for Defendants
Virgin Produced, LLC,
Virgin Produced 2.0, LLC,
and Studio 35k, LLC

THE KERNAN LAW FIRM
9663 Santa Monica Blvd., Suite 450
Beverly Hills, California 90210
(310) 490-9777

## CERTIFICATE OF SERVICE

I, Nicole Soma, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 9663 Santa Monica Blvd., Suite 450, Los Angeles, CA 90064. On July 15, 2019, I served a copy of Defendants' Notice of Motion and Motion for Good Faith Settlement by electronic transmission.

I am familiar with the USDC Central District's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

Executed on July 15, 2019 at Los Angeles, CA

*/s/ Nicole Soma*_____
Nicole Soma

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THE KERNAN LAW FIRM
9663 Santa Monica Blvd., Suite 450
Beverly Hills, California 90210
(310) 490-9777

CERTIFICATE OF SERVICE